UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE EDWARDS,

    Plaintiff,

HONORABLE PAUL L. MALONEY

v.

Case No. 1:09-cv-1067

GRAND RAPIDS COMMUNITY
COLLEGE,

    Defendant.
_____/

## ORDER REJECTING DOCUMENT

This matter is before the Court on Defendant Grand Rapids Community College's Substitution of Counsel (Dkt. #12). The law firm of Smith Haughey Rice & Roegge seeks to substitute for Miller, Canfield, Paddock and Stone, P.C. as attorneys for defendant. This court's Local Civil Rule 83.3(d) states, in pertinent part, "Withdrawal of appearance may be accomplished only by leave of court." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Grand Rapids Community College's Substitution of Counsel (Dkt. #12) is **REJECTED**. Counsel may seek leave of the court to withdraw from the case.

Date: January 25, 2010                           /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge