UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

MAURICE EDWARDS

        Plaintiff,         Case No. 1:09-cv-01067

v.         Honorable Paul L. Maloney

GRAND RAPIDS COMMUNITY COLLEGE

        Defendant.
_____/

## ORDER REGARDING MANDATORY ADMISSION, E-FILING AND SERVICE

The Western District of Michigan has adopted a mandatory electronic filing policy for attorneys practicing before this Court, which has been in effect since January 1, 2005. The Court notes that despite notice from the Court Clerk of this requirement, as well as the requirements for admission to practice, attorney Allison Folmar has failed to become admitted and register for electronic filing and service.

Therefore, attorney Allison Folmar is ordered to become admitted and register as electronic filers thirty (30) days from the date of this Order. Should she fail to register by the deadline, the Court will no longer serve paper copies upon Allison Folmar.

IT IS SO ORDERED.


Dated: March 26, 2010         /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge