UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE EDWARDS,

      Plaintiff,                            HONORABLE PAUL L. MALONEY

v.                                           Case No. 1:09-cv-1067

GRAND RAPIDS COMMUNITY
COLLEGE,

      Defendant.

MAURICE EDWARDS,

      Plaintiff,                            HONORABLE PAUL L. MALONEY

v.                                           Case No. 1:11-cv-143

TOM SMITH, KATHY KEATING,
CYNTHIA SPRINGER, and
FAYE DAVIS,

      Defendants.
_____/

## JUDGMENT

Having issued an order granting the motion for summary judgment filed by defendants Tom Smith, Kathy Keating, Cynthia Springer, and Faye Davis and dismissing plaintiff's claims against these defendants, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in case 1:11cv143 in favor of defendants Smith, Keating, Springer and Davis and against plaintiff Edwards.

Date:   February 28, 2012                        /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District