UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE EDWARDS,

       Plaintiff,

                                          Case No. 1:09-cv-1067

v.

                                          HONORABLE PAUL L. MALONEY

GRAND RAPIDS COMMUNITY
COLLEGE,

       Defendant,
_____/

## **JUDGMENT**

       This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict on all issues in favor of defendant and against the plaintiff.

       **IT IS ORDERED AND ADJUDGED** that a judgment of "no cause" be rendered in favor of defendant Grand Rapids Community College and against plaintiff Maurice Edwards pursuant to the Verdict Form completed by the jury.


Date:  May 25, 2012                                           /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               Chief United States District